# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### BIRD v. BIRD ET AL.

PRACTICE IN THE SUPREME COURT: TRIAL DE NOVO: ASSIGNMENT OF ERRORS.

*Appeal from Louisa Circuit Court.*

THURSDAY, OCTOBER 10.

THIS is an action in equity for the foreclosure of a mortgage against the defendant Elijah Bird, and to declare a judgment lien, which the defendant Charles Wolf holds against the defendant Elijah Bird, junior and inferior to the claim of plaintiff. The court rendered judgment in favor of plaintiff, and declared her lien superior to that of the defendant Wolf, who alone appeals.

*Sprague & Riley*, for appellant.

*J. & S. K. Tracy* and *Hurley & Hale*, for appellee.

DAY, J.—No motion nor order appears to have been made for trial upon written evidence, as provided in section 2742 of the Code. The cause can not, therefore, be reviewed *de novo*. *Richards et al. v. Hintrager*, 45 Iowa, 253; *Walker v. Plummer*, 41 Iowa, 697; *Moses v. The Continental Insurance Company*, 40 Iowa, 440. No errors are assigned, and hence no question of law is presented for review. *Olson v. Martin*, 38 Iowa, 346. This point is distinctly made and urged by the appellee, and we are not at liberty to ignore it. See, also, *Vinsant v. Vinsant*, 47 Iowa, 594.

AFFIRMED.